FILED
CHARLOTTE, NC

AUG 18 2010

US DISTRICT COURT
WESTERN DISTRICT OF NC

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO.: 3:10CR182-C |
| | ) | |
| V. | ) | MOTION TO SEAL |
| | ) | INDICTMENT |
| MICHAEL T. RAND | ) | |
| | ) | |

NOW COMES the United States of America, by and through David A. Brown, Attorney for the United States, Western District of North Carolina, and respectfully requests that the Bill of Indictment, the Motion to Seal and Warrant in the above-referenced case be sealed until the defendant has been arrested.

This the 18th day of August, 2010.

DAVID A. BROWN
ATTORNEY FOR THE UNITED STATES
Acting Under the Authority Conferred by 28 U.S.C.
Section 515

*Kurt W. Meyers*
KURT W. MEYERS
ASSISTANT UNITED STATES ATTORNEY