

# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Case No. 3:10CR182-C |
| ) | |
| MICHAEL T. RAND ) | |

## APPLICATION FOR ADMISSION TO PRACTICE PRO HAC VICE

I, _____Brian S. Cromwell_____, am a member in good standing of the bar of this Court. Pursuant to the admission requirements in Local Rule 83.1B I am moving for the pro hac vice admission the following attorney:

**FULL NAME:** Edward T. M. Garland

**BUSINESS ADDRESS (include firm name):** Garland, Samuel & Loeb, P.C.

3151 Maple Drive, N.E.

**CITY:** Atlanta  **STATE:** GA  **ZIP:** 30305

**OFFICE TELEPHONE:** ( 404 ) 365-3844  **FAX NUMBER:** ( 404 ) 365-5041

E-MAIL ADDRESS (required):

dfs@gsllaw.com

This attorney will be representing:

MICHAEL T. RAND

We certify that:

- The proposed admittee is not a member of the North Carolina bar and does not maintain any law office in North Carolina.
- The proposed admittee has never had a *pro hac vice* admission or admission in any other bar revoked.
- The proposed admittee is a member in good standing of the bars of either the United States Court in:
  the Northern District of Georgia                                                , and/or
  the highest court of the State of
  _____, and/or
  the District of Columbia Bar.
- The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.
- The proposed admittee has established or will upon his/her *pro hac vice* admission proceed to immediately establish an ECF account with the Western District of N.C.
- The undersigned movant will serve as co-counsel in these proceedings and will attend all hearings with the proposed admittee unless otherwise permitted by the Court.
- **The $250.00 fee for admission *pro hac vice* is being submitted with the filing of this motion.**

Respectfully submitted,

_____
**Signature:**

Brian S. Cromwell
**Printed Name**
Parker Poe Adams & Bernstein LLP
**Firm**
Three Wachovia Center, 401 South Tryon Street
**Street Address**
Charlotte, NC  28202
**City, State, Zip**
704-335-9511
**Telephone Number**
704-334-4706
**Fax Number**
briancromwell@parkerpoe.com
**E-Mail Address**



## CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA      }
                              } ss.
NORTHERN DISTRICT OF GEORGIA  }

      I, James N. Hatten, Clerk of the United States District Court for the Northern District of Georgia,

      **DO HEREBY CERTIFY** that **EDWARD T.M. GARLAND, 284900,** was duly admitted to practice in said Court on July 11, 1968 and is in good standing as a member of the bar of said Court.

      Dated at Atlanta, Georgia, this 25th day of August, 2010.

                        JAMES N. HATTEN
                        CLERK OF COURT



              By: _____
                      Phyllis Brannon
                      Deputy Clerk