# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:10 CR 182

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) | |
| V | ) | **ORDER** |
| MICHAEL T. RAND, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on Brian S. Cromwell's Application for Admission to Practice *Pro Hac Vice* of Edward T.M. Garland. It appearing that Edward T.M. Garland is a member in good standing with the Georgia State Bar and will be appearing with Brian S. Cromwell, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Brian S. Cromwell's Application for Admission to Practice *Pro Hac Vice* (#8) of Edward T.M. Garland is **GRANTED**, and that Edward T.M. Garland is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Brian S. Cromwell.

Signed: August 26, 2010

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge