# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

### CRIMINAL ACTION NO. 3:10CR182-RJC-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                            **Plaintiff,**<br>vs.<br><br>MICHAEL T. RAND<br><br>                            **Defendant.** | <u>**ORDER**</u> |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" as to Janice A. Singer-Capek (Document No. 15), filed on September 2, 2010 pursuant to Local Rule 83(B) of the Rules of the United States District Court for the Western District of North Carolina.

It appears that the person for whom leave to appear is sought, Janice A. Singer-Capek of the law firm of Thompson & Singer, P.A., is a member in good standing of the Bar of the United States District Court of the Northern District of Georgia.

It further appears that Janice A. Singer-Capek has associated with Brian S. Cromwell of Parker Poe Adams & Bernstein, LLP as local counsel.

**IT IS THEREFORE ORDERED** that Janice A. Singer-Capek be permitted to appear *pro hac vice* in the above-captioned action pending in this Court as counsel for Defendant, Michael T. Rand.

**SO ORDERED**.

Signed: September 2, 2010

_____
David S. Cayer
United States Magistrate Judge