# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

## CASE NO. 3:10-CR-182-RJC-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　　　　　　　Plaintiffs,<br>　　vs.<br><br>MICHAEL T. RAND<br><br>　　　　　　　　　　Defendants. | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" as to Tony G. Powers (Document No. 22) and "Application For Admission To Practice *Pro Hac Vice*" as to Stephen D. Councill (Document No. 23), both of which were filed on September 10, 2010 pursuant to Local Rule 83(B) of the Rules of the United States District Court for the Western District of North Carolina.

It appears that the persons for whom leave to appear is sought, Tony G. Powers and Stephen D. Councill of the law firm of Rogers & Hardin LLP, are members in good standing of the State Bar of Georgia.

It further appears that Tony G. Powers and Stephen D. Councill have associated with Richard S. Glaser, Jr. of Parker Poe Adams & Bernstein, LLP as local counsel.

**IT IS THEREFORE ORDERED** that Tony G. Powers and Stephen D. Councill be permitted to appear *pro hac vice* in the above-captioned action pending in this Court as counsel for Defendant, Michael T. Rand.

**SO ORDERED**.                    Signed: September 10, 2010

David S. Cayer
United States Magistrate Judge