IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10CR182

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | ORDER |
| vs. ) | |
| ) | |
| MICHAEL T. RAND, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** is before the Court upon joint motion of the parties for a scheduling order regarding pre-trial deadlines. (Doc. No. 34). The Court previously set trial in this matter as the first peremptory setting on October 3, 2011. Accordingly, the parties' motion is GRANTED, and following deadlines shall apply pending further order of the Court:

1. Motions to compel discovery, motions to suppress, and motions under Rules 7, 8, 12, 13, 14, 16, 18 and 41 of the Federal Rules of Criminal Procedure shall be filed no later than July 1, 2011; responses to those motions shall be filed within fourteen days after the filing of such motions, and reply briefs shall be filed within seven days after the filing of any such response.

2. Motions in limine shall be filed no later than September 1, 2011; responses to those motions shall be filed within fourteen days after the filing of such motions, and reply briefs shall be filed within seven days after the filing of any such response.

3. Proposed voir dire questions and proposed jury instructions shall be filed by September 26, 2011.

**SO ORDERED.**

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, to the United States Attorney, the United States Marshals Service, and the United States Probation Office.

Signed: April 26, 2011

Robert J. Conrad, Jr.
Chief United States District Judge