UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10-cr-182

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| MICHAEL T. RAND | ) | |

**THIS MATTER IS BEFORE THE COURT** on the Government's Motion for Alternate Victim Notification Procedures pursuant to 18 U.S.C. § 3771(d)(2), and the Government's Notice of Compromise regarding same. (Doc. Nos. 27, 30).

The Court finds that the number of crime victims, as defined by 18 U.S.C. § 3771(e), makes it impracticable to accord all of the crime victims the rights described in 18 U.S.C. § 3771(a). The Court further finds that the Government's proposed compromise publication is a reasonable procedure to give effect to 18 U.S.C. § 3771.

**IT IS THEREFORE ORDERED** that the Government's Motion for Alternative Victim Notification Procedures, as modified by the Government's Notice of Compromise, is hereby GRANTED.

Signed: April 26, 2011

Robert J. Conrad, Jr.
Chief United States District Judge