# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.

MICHAEL T. RAND,

      Defendant.

Case No 3:10-CR-182

## CERTIFICATE OF CONSENT TO COUNSEL'S WITHDRAWAL

I hereby consent to the withdrawal of Tony G. Powers of Rogers & Hardin

LLP as my attorney. Edward T.M. Garland and Donald F. Samuel of Garland,

Samuel & Loeb, P.C. and Stephen D. Councill of Rogers & Hardin LLP will

continue as my co-lead attorneys.

Dated: 8/9/11

_____
Michael T. Rand
Defendant

Dated:  August 9, 2011

/s/ Tony G. Powers
Tony G. Powers
Georgia Bar No. 586586
tpowers@rh-law.com

ROGERS & HARDIN LLP
2700 International Tower
Peachtree Center
229 Peachtree Street, N.E.
Atlanta, Georgia  30303-1601
Telephone: 404.522.4700
Facsimile: 404.525.2224

*Withdrawing Attorney*