IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10CR182-RJC-DSC

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL T. RAND, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |
| _____) | | |

**THIS MATTER** is before the Court on the "Application for Admission to Practice Pro Hac Vice" (documents #86) filed September 23, 2011 requesting admission of Attorney Patrick R. Sullivan to represent Defendant. For the reasons set forth therein, the Motion is **GRANTED**.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Robert J. Conrad, Jr..

**SO ORDERED**.

Signed: September 26, 2011

David S. Cayer
United States Magistrate Judge