IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:10-CR-182-RJC-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA, | ORDER GRANTING |
| | ADMISSION PRO HAC VICE |
| v. | |
| MICHAEL T. RAND, | |
| Defendant. | |

**THIS MATTER** is before the Court on the "Applications to Admission to Practice Pro Hac Vice [for Brent J. Gurney and Jeannie S. Rhee]" (documents ##201 and 202) filed September 24, 2013. For the reasons set forth therein, the Motions will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Robert J. Conrad, Jr..

**SO ORDERED.**

Signed: September 25, 2013

_____
David S. Cayer
United States Magistrate Judge