UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 3:10-CR-182 |
| ) | |
| MICHAEL T. RAND, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE**

Defendant Michael T. Rand respectfully requests that the Court modify his conditions of release to permit him to travel to Ames, Iowa from May 28, 2014 through June 1, 2014 to accompany his son to an educational program and competition. In support of this request, Mr. Rand shows as follows.

Mr. Rand's son is thirteen years old and resides primarily at the home of Mr. Rand's former wife, Alison Rand, in Atlanta, Georgia. Mr. Rand's son participates in an educational program called Odyssey of the Mind, which hosts teams of students in problem-solving competitions. This year, he has qualified for the Odyssey of the Mind World Finals at Iowa State University in Ames, Iowa. The competition is scheduled to begin on May 28, 2014 and to conclude on May 31, 2014.

Mr. Rand seeks permission to travel with his son from Atlanta, Georgia to Ames, Iowa on May 28, 2014, to chaperone him and to support him during this competition. Ms. Rand would remain in Atlanta with the Rands' thirteen-year-old daughter while Mr. Rand and their son attend the competition. Mr. Rand and his son would return to Atlanta

1

no later than June 1, 2014, once the competition has concluded. Both the government and Mr. Rand's probation officer take no position on this request.

For the foregoing reasons, Mr. Rand respectfully requests that the conditions of his release be modified to permit him to travel to Ames, Iowa from May 28, 2014 through June 1, 2014 to accompany his son to this competition.

Respectfully submitted this 8th day of May, 2014.

| WOMBLE CARLYLE SANDRIDGE AND RICE LLP | WILMER CUTLER PICKERING HALE AND DORR LLP |
|---|---|
| *s/ Claire J. Rauscher* | *s/ Brent J. Gurney* |
| Claire J. Rauscher | Brent J. Gurney |
| North Carolina Bar No. 21500 | DC Bar No. 408377 |
| One Wells Fargo Center | Jeannie S. Rhee |
| 301 South College Street, Suite 3500 | DC Bar No. 464127 |
| Charlotte, NC 28202 | 1875 Pennsylvania Avenue NW |
| Telephone: (704) 331-4961 | Washington, DC 20006 |
| Facsimile: (704) 338-7811 | Telephone: (202) 663-6000 |
| | Facsimile: (202) 663-6363 |

**ROGERS & HARDIN LLP**

*s/ Stephen D. Councill*
Stephen D. Councill, Esq.
Georgia Bar No. 190358
Joshua P. Gunnemann, Esq.
Georgia Bar No. 152250
229 Peachtree Street NE
2700 International Tower
Atlanta, GA 30303
Telephone: (404) 522-4700
Facsimile: (404) 525-2224

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| **v.** ) | **CASE NO. 3:10-CR-182** |
| ) | |
| **MICHAEL T. RAND,** ) | |
| ) | |
| Defendant. | |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day filed the within and foregoing DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the attorneys of record.

This 8th day of May, 2014.

                                        *s/ Brent J. Gurney*
                                        Brent J. Gurney
                                        DC Bar No. 408377
                                        *Counsel for Defendant Michael T. Rand*
                                        **WILMER CUTLER PICKERING HALE**
                                            **AND DORR LLP**
                                        1875 Pennsylvania Avenue NW
                                        Washington, DC 20006
                                        Telephone:  (202) 663-6000
                                        Facsimile:  (202) 663-6363

4

Case 3:10-cr-00182-RJC-DSC   Document 310   Filed 05/08/14   Page 4 of 5

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | ORDER |
| ) | [PROPOSED] |
| MICHAEL T. RAND ) | |
| _____ ) | |

**THIS MATTER** is before the Court upon defendant's Motion to Modify Conditions of Release (Doc. No. ___).  For the reasons set forth in defendant's Motion, the Court finds that the requested modifications to defendant's conditions of release are warranted.

**IT IS, THEREFORE, ORDERED,** that defendant's motion (Doc. No. ___) is GRANTED, and the defendant's conditions of release are modified to permit him to travel to Ames, Iowa from May 28, 2014 through June 1, 2014 to accompany his son to an educational program and competition.

Signed:

_____
Robert J. Conrad, Jr.
United States District Judge