# EXHIBIT A

# Councill, Stephen D.

| | |
|---|---|
| **From:** | Januszewski, David G. <djanuszewski@cahill.com> |
| **Sent:** | Tuesday, June 10, 2014 3:55 PM |
| **To:** | Councill, Stephen D. |
| **Cc:** | Gurney, Brent; Jeannie S. Rhee - Wilmer Cutler Pickering Hale and Dorr (jeannie.rhee@wilmerhale.com); Major, Amanda; Emily Troncoso (emily.troncoso@wilmerhale.com); Tonolli, Sean P. |
| **Subject:** | RE: Michael Rand trial - subpoenas to Beazer, Alston, and Navigant |

Steve,

In light of the overarching fundamental difference of views as to the propriety of the subpoenas you have served, we will be filing a motion. I don't think it will be productive to have a call tomorrow morning along the lines you are suggesting. If, after you have a chance to review and consider our motion, you want to talk further, we will be happy to do so.

David

**David G. Januszewski | Partner**
Cahill Gordon & Reindel LLP
80 Pine Street, New York, NY 10005
**t**: +1.212.701.3352 | **f**: +1.212.378.2200 | djanuszewski@cahill.com



**From:** Councill, Stephen D. [mailto:SCouncill@rh-law.com]
**Sent:** Monday, June 09, 2014 3:27 PM
**To:** Tonolli, Sean P.
**Cc:** Gurney, Brent; Jeannie S. Rhee - Wilmer Cutler Pickering Hale and Dorr (jeannie.rhee@wilmerhale.com); Major, Amanda; Emily Troncoso (emily.troncoso@wilmerhale.com); Januszewski, David G.
**Subject:** RE: Michael Rand trial - subpoenas to Beazer, Alston, and Navigant

Sean,

Our position remains, as it was on Friday, that we would be glad to confer in good faith in an effort to resolve any concerns you have about the scope of our subpoena. If you'll let us know what concerns you have about each request, we will try to find ways to resolve those concerns. It seems like an inefficient use of the court's time to file a motion to quash without first talking through each request to see if any concerns you have might be resolved. We'll talk to you Wednesday morning, and we can also talk before then if you prefer.

Steve

**Stephen D. Councill**
**Attorney at Law**
**ROGERS & HARDIN LLP**
**2700 International Tower | 229 Peachtree Street NE | Atlanta, GA 30303**
**T: 404.420.4658 | F: 404.230.0935 | Email: SCouncill@rh-law.com**

1

**From:** Tonolli, Sean P. [mailto:STonolli@cahill.com]
**Sent:** Monday, June 09, 2014 1:34 PM
**To:** Councill, Stephen D.
**Cc:** Januszewski, David G.
**Subject:** RE: Michael Rand trial - subpoenas to Beazer, Alston, and Navigant

Steve,

Thanks for taking the time to talk on Friday. Hope you enjoyed the weekend.

In thinking about our conversation about your subpoenas, I think where we parted ways procedurally speaking is in our differing views of what the local rules require before a motion is filed. Certainly Local Civil Rule 7.1(B) requires a certification that the parties have "attempted in good faith to resolve areas of disagreement and set forth which issues remain unresolved." But Local Criminal Rule 47.1(B) does not contain the same requirement. Rather it requires a motion only to include "a certification that the moving party has conferred with opposing counsel and state opposing counsel's position on the relief sought[.]"

We've satisfied that requirement. I explained our view that your subpoenas are not proper under Rule 17 and that we intend to move to quash. I understand that you see things differently and oppose our motion. We will of course represent that to the Court when we file, which may be as early as tomorrow.

As we talked about Friday, we would welcome proposals from you about how you might narrow future document and custodian subpoenas. To that end, we're still available at 10am on Wednesday to talk. Since I'll be in DC and David will be in New York, I've set up a conference call number for us all to use. Feel free to invite any of your co-counsel to join. The dial in is 866-639-3238 and the password is 202-862-8946.

Take care,
Sean


**Sean P. Tonolli | Senior Attorney**
Cahill Gordon & Reindel LLP
1990 K Street, N.W., Suite 950, Washington, D.C. 20006
**t**: +1.202.862.8946 | **f**: +1.866.206.1340 | STonolli@cahill.com




\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

The information contained in this e-mail message is confidential and may be privileged. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you believe you have received this communication in error, please notify the sender immediately by replying to this email and then delete this email from your system. Thank you.

2

--------------------------------------------------------------------------------

IRS Circular 230 disclosure:  To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

--------------------------------------------------------------------------------

This message and any attachments are intended for the use of the addressee(s) only and may be confidential and covered by the attorney/client and other privileges. If the reader is not the intended recipient, DO NOT READ, notify sender and delete this message. In addition, be aware that any disclosure, copying, distribution or use of the contents of this message is strictly prohibited.