IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10-CR-00182-RJC-DSC

| | |
|---|---|
| USA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| MICHAEL T. RAND, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** is before the Court upon the Government's Motion to Dismiss Counts Three and Seven, (Doc. No. 326), of the Indictment, (Doc. No. 3), without prejudice. For the reasons stated in the motion, the Court finds good cause to grant the requested relief.

**IT IS ORDERED** that the Government's motion, (Doc. No. 326), is **GRANTED** and Counts Three and Seven of the Indictment, (Doc. No. 3), are **DISMISSED** without prejudice.

Signed: July 3, 2014

Robert J. Conrad, Jr.
United States District Judge